UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHARON BECKFORD,<br><br>                    Plaintiff,<br><br>           -v.-<br><br>NOVA BUS DIVISION VOLVO,<br><br>                    Defendant. | 14 Civ. 9528 (KPF)<br><br>SCHEDULING ORDER |

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED that the following trial schedule will be in effect:

- Trial will be set to begin on **November 1, 2021, at 9:00 a.m.**;

- The parties' Joint Pretrial Order, motions in limine, requests to charge, proposed voir dire questions, and any pretrial memoranda of law will be due **October 7, 2021**;

- Any opposition papers will be due **October 14, 2021**; and

- The final-pretrial conference will be scheduled for **October 21, 2021 at 3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

     SO ORDERED.

Dated:     January 7, 2021
           New York, New York

                                                    _____
                                                    KATHERINE POLK FAILLA
                                                    United States District Judge