UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――

SHARON BECKFORD,

                Plaintiff,

        -v.-

NOVA BUS DIVISION VOLVO

                Defendant.

14 Civ. 9528 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    The Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow civil jury trials to proceed as safely as possible during the COVID-19 pandemic. Under the centralized calendaring system currently in place, the Clerk's Office schedules up to three jury trials to begin on each day of jury selection: a primary case and up to two back-up cases that may proceed in its place if the primary case does not go forward. The Clerk's Office places additional back-up cases on a weekly trial-ready calendar, which cases may proceed on any day that week if the primary case and two back-up cases do not go forward. On January 7, 2021, the Court ordered that trial in this matter would commence on November 1, 2021 (Dkt. #88), and proceeded to request a jury trial for that date.

    The Clerk's Office has now notified the Court that this case has been placed on the trial-ready calendar for the week of November 1, 2021, but that it has not been given either a firm trial date or an assigned courtroom. The parties should be prepared to proceed to trial during that week. If the case cannot proceed during the scheduled week, the parties must notify the Court

as soon as possible so that the Clerk's Office may adjust the trial-ready calendar accordingly.

    The Court has previously entered a schedule for pretrial submissions. (*See* Dkt. #88).  The parties should plan to adhere to the deadlines set forth in the Court's prior Order.

    SO ORDERED.

Dated:  September 1, 2021
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge