**MAIMONE & ASSOCIATES PLLC**
ATTORNEYS AT LAW

150 HAVEN AVENUE
PORT WASHINGTON, NY 11050
TELEPHONE (516) 390-9595
FACSIMILE (516) 877-0321
www.MAIMONELAW.com

**MEMO ENDORSED**

October 6, 2021

Honorable Katherine Polk Failla
United States District Court, SDNY
500 Pearl Street
New York, NY 10007

      Re:   Sharon Beckford v. Nova Bus, et al.
            Docket No.:  14 CV 9528 (RWS)
            Our File No.:  23547

Dear Judge Failla:

    This letter contains a joint request from both parties in this diversity action. We jointly seek an extension of 7 days from the date set by the Court, per Dkt. #88 dated January 7, 2021, for the filing of the Joint Pre-Trial Order (presently October 7, 2021).

    This request applies only to the filing of the Pre-Trial Order. All other submissions including Motions *In Limine*, Requests to Charge, Proposed Voir Dire Questions, and any Pre-Trial Memoranda will be filed on or before October 7, 2021.

    Should the Court grant this joint request, the new date for the filing of the Joint Pre-Trial Order will be October 14, 2021. This is the same date all opposition is due to be filed. The Final Pre-Trial Conference is scheduled for October 21, 2021.

    We appreciate the Court's attention to this request, and hope that the Court will be favorably inclined to grant it. If the Court requires any further information, please let us know.

                                  Respectfully yours,
                                  MAIMONE & ASSOCIATES PLLC

BY: _____
                                  THOMAS J. MAIMONE (TM 8722)
                                  Attorneys for Defendants

Honorable Katherine Polk Failla
October 6, 2021
Page - 2 -


Request jointly made
William Schwitzer & Associates, P.C.
Attorneys for Plaintiff

BY: _____
     Michael Mahan (MM 0800)


Application GRANTED.

Dated:     October 6, 2021          SO ORDERED.
           New York, New York

                                    *Katherine Polk Failla*

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE