UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHARON BECKFORD,<br><br>                    Plaintiff,<br><br>           -v.-<br><br>NOVA BUS DIVISION VOLVO,<br><br>                    Defendant. | 14 Civ. 9528 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Trial in this action scheduled for November 1, 2021 (*see* Dkt. #88), is hereby ADJOURNED.  Trial shall commence on October 3, 2022, at 9:00 a.m., in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  The parties are ORDERED to appear for a final pretrial conference on September 29, 2022, at 3:00 p.m.

SO ORDERED.

Dated:  October 21, 2021
           New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge